UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**NAKEISHA HARRELL**,

    *Plaintiff*,

Case Number: **5:24-cv-414-MMH-PRL**

v.

**COHO FINANCIAL d/b/a PATH LENDING, CLARITY SERVICES, INC., THUNDERBIRD SERVICES, LLC,** *and* **DENNIS GLEN MILKS,**

    *Defendants*.

_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, Nakeisha Harrell, to notify this court pursuant to Local Rule 3.09 that she has reached a settlement with Defendants, Coho Financial d/b/a Path Lending, Clarity Services, Inc., Thunderbird Services, LLC, and Dennis Glen Milks. Upon consummation of the settlement terms, Plaintiff will dismiss Defendants with prejudice.

Submitted this November 7, 2024, by:

    /s/ *Brandon D. Morgan*
    Brandon D. Morgan, Esq.
    Florida Bar Number: 1015954
    Seraph Legal, P. A.
    2124 W. Kennedy Blvd., Ste A
    Tampa, FL 33606
    (813) 567-1230
    bmorgan@seraphlegal.com
    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

      */s/ Brandon D. Morgan*
      Brandon D. Morgan, Esq.
      Florida Bar Number: 1015954