# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

NAKEISHA HARRELL,

    Plaintiff,

vs.
                                Case No. 5:24-cv-414-MMH-PRL

COHO FINANCIAL d/b/a
PATH LENDING, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 31; Stipulation) filed on January 7, 2025. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own costs and attorneys' fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers this 8th day of January, 2025.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record